UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROGER L. LYLE,

    Plaintiff,

vs.

Case No. 04-CV-72684
HON. GEORGE CARAM STEEH

FRANK OLNEY, et al.,

    Defendants.

_____/

ORDER DENYING RULE 60(b) MOTIONS, MOTION FOR
REINSTATEMENT AND MOTION FOR FRAUD ON THE COURT [DOCUMENT 70]

    Plaintiff Roger L. Lyle previously filed a motion pursuant to Fed. R. Civ. P. 60(b)(2)-(4) and (6) for relief from the district court's order dismissing his claims that prison officials denied him adequate medical care, a motion for writ of habeas corpus ad testificandum so he could testify about his medical claims, and a motion for reinstatement of various counts of the complaint. The district court denied these motions as meritless. Plaintiff appealed to the Sixth Circuit Court of Appeals. The court of appeals affirmed the district court in its entirety. Plaintiff now files the present motion for relief from judgment pursuant to Rule 60, motion for reinstatement and motion for fraud on the court.

    Plaintiff's present motion does not contain any arguments not previously made before the district court, ruled on by the district court, and affirmed by the court of appeals. The court of appeals' affirmation of this court's previous rulings is final. Accordingly, plaintiff's motion is DENIED.

IT IS SO ORDERED.

Dated: July 31, 2008

                                          S/George Caram Steeh
                                          GEORGE CARAM STEEH
                                          UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
July 31, 2008, by electronic and/or ordinary mail.

s/Josephine Chaffee
Deputy Clerk